**Tamara Tricia ROBERSON,**
**Plaintiff–Appellant,**

v.

**PACIFIC LUTHERAN UNIVERSITY,**
**Defendant–Appellee.**

No. 13–36081.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 4, 2015.

Tamara Tricia Roberson, University Place, WA, pro se.

Eric Daniel Gilman, Warren E. Martin, Gordon Thomas Honeywell LLP, Tacoma, WA, for Defendant–Appellee.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Tamara Tricia Roberson appeals pro se from the district court's summary judgment in her employment action alleging racial discrimination in violation of Title VII. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Clicks Billiards, Inc. v. Sixshooters, Inc.*, 251 F.3d 1252, 1257 (9th Cir.2001), and we affirm.

The district court properly granted summary judgment because Roberson failed to raise a genuine dispute of material fact as to whether defendant's legitimate, non-discriminatory reasons for not interviewing or hiring Roberson for the position were pretextual. *See Hawn v. Exec. Jet Mgmt., Inc.*, 615 F.3d 1151, 1155–56, 1158 (9th Cir.2010) (providing framework for analyzing a discrimination claim under Title VII); *see also Earl v. Nielsen Media Research, Inc.*, 658 F.3d 1108, 1112–13 (9th Cir.2011) (discussing ways plaintiff can demonstrate pretext and explaining that, although plaintiff's burden is not onerous, plaintiff must produce specific and substantial facts to create a triable dispute as to pretext).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

